UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARRIET BATTLE, | : |
| Plaintiff, | : |
| v. | : Case No. 5:24-cv-396-TES-CHW |
| LELAND DUDEK, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## **ORDER**

THIS CAUSE is before the Court upon the Defendant's consent motion to remand this case to the Acting Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the memorandum in support thereof, it is ORDERED and ADJUDGED that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner.

Upon remand, the Administrative Law Judge will be instructed to offer the claimant an opportunity for a hearing, obtain supplemental evidence from a vocational expert, and issue a new decision on the issue of disability prior to October 24, 2018.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2

IT IS SO ORDERED, this   5th   day of   April  , 2025.

                                                   s/Tilman E. Self, III  
                                                   TILMAN E. SELF, III  
                                                   UNITED STATES DISTRICT JUDGE