### In the United States District Court for the
### Middle District of Georgia
### Macon Division

| | |
|---|---|
| Harriet **Battle**,<br>Plaintiff,<br>vs.<br>Frank **Bisignano**, Commissioner of Social Security,<br>Defendant. | Civil Action No. **5:24-cv-00396-TES-CHW** |

### Order

Upon consideration of Plaintiff's petition for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response, it is ORDERED that

1. Plaintiff is awarded attorney's fees of $4,213.24.

2. Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

This the __23rd__ day of __June__, 20__25__.

                                                s/Tilman E. Self, III
                                              TILMAN E. SELF, III
                                              UNITED STATES DISTRICT JUDGE