IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HARRIET BATTLE,                                          *

              Plaintiff,                       *

v.                                                          Case No. 5:24-cv-00396-TES-CHW

                               *

COMMISSIONER OF SOCIAL SECURITY,

                               *

             Defendant.

_____            *

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 23, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,213.24.

This 23rd day of June, 2025.

                            David W. Bunt, Clerk


                            s/  Erin Pettigrew, Deputy Clerk